LAW OFFICES OF
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8665 Wilshire Blvd., Suite 410
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant RAZMIK MANSOURIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No: CRS-03-122 LKK** |
| ) | |
| ) | STIPULATION AND ORDER |
| Plaintiff, ) | FOR DEFENDANT TO TRAVEL |
| ) | FROM 04/01/06 TO |
| vs. ) | 05/05/06; ORDER |
| ) | |
| RAZMIK MANSOURIAN, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

WHEREFORE, the UNITED STATES OF AMERICA, represented by DANIEL S. LINHARDT, Assistant United States Attorney, and Defendant RAZMIK MANSOURIAN, represented by DANIEL V. BEHESNILIAN, do hereby stipulate to the following:

That, Defendant has already been sentenced in the herein matter and has completely and successfully served the required time in a half way house.

That, Defendant be granted permission to travel to Yerevan,

1 Armenia, for the purposes of tending to his recently deceased father's
2 affairs, for the period of April 1, 2006 up to and including May 5,
3 2006.
4     SO STIPULATED.

Dated: January 13, 2006    Signature authorized by Mr. Linhardt via telephone on 1/13/06

                                               /S/ Daniel S. Linhardt
                                        DANIEL S. LINHARDT
                                        Assistant U.S. Attorney

Dated: January 13, 2006      /S/ Daniel V. Behesnilian
                                        DANIEL V. BEHESNILIAN
                                        Attorney for Defendant
                                        RAZMIK MANSOURIAN

## **ORDER**

GOOD CAUSE NOW appearing, it is hereby ordered that Defendant RAZMIK MANSOURIAN be granted permission to travel to Yerevan, Armenia from the period of April 1, 2006 up to and including May 5, 2006.

    SO ORDERED.

Dated: January 17, 2006  /s/ Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                UNITED STATES DISTRICT COURT SENIOR JUDGE